UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHMOND JOHNSON,

    Plaintiff,

                                       CASE NO.:  6:16-CV-02033-ACC-DCI

-vs-

BLUESTEM BRANDS, INC. d/b/a FINGERHUT,

    Defendant

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, RICHMOND JOHNSON, by and through the undersigned counsel, hereby notifies this Honorable Court that all claims and causes of action between or among the parties have been amicably resolved. The parties are in the process of finalizing the settlement. Once the parties have exchanged the settlement documents for the settlement draft, the parties shall submit a Stipulation of Dismissal to the Court.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Kimberly A Koves, Esquire, Ailen Cruz, Esquire, and Kimberly Koves, Esquire, 5505 West Gray St. Tampa FL 33609; ACruz@wiandlaw.com; KKoves@wiandlaw.com; KKoves@wiandlaw.com and Erin Hoffman@faegrebd.com via Email on this 3rd day of April, 2017.

/s/ Amy Ferrera, Esquire
Amy Ferrera, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
afloyd@forthepeople.com
Florida Bar #: 15313
amferrera@forthepeople.com
afloyd@forthepeople.com
Attorney for Plaintiff