UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHMOND JOHNSON,

    Plaintiff,

CASE NO.: 6:16-CV-02033-ACC-DCI

-vs-

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Richmond Johnson, and the Defendant, Bluestem Brands, Inc., d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this ___ day of May, 2017

| | |
|---|---|
| /s/ Amy Ferrera | /s/ Ailen Cruz |
| Amy Ferrera, Esquire | Ailen Cruz, Esquire |
| Morgan & Morgan, Tampa, P.A. | Wiand Guerra King, PL |
| One Tampa City Center | 5505 West Gray St. |
| Tampa, FL 33602 | Tampa, FL 33609 |
| Tele: (813) 223-5505 | Tele: (813) 347-5100 |
| Fax: (813) 223-5402 | Fax: (813) 347-5198 |
| Florida Bar#: 15313 | kkoves@wiandlaw.com |
| Amferrera@forthepeople.com | Florida Bar#: 105826 |
| AFloyd@forthepeople.com | Acruz@wiandlaw.com |
| Attorney for Plaintiff | Kkoves@wiandlaw.com |
| | Attorney for Defendant |